360 A.2d 678

COMMONWEALTH

v.

VELEZ, Appellant.

Submitted December 16, 1975. John Paul Curran, and Brobyn, Forceno & Curran, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.